1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America
6

**FILED**

OCT ~ 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 |             IN THE UNITED STATES DISTRICT COURT

9 |           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   2:07-cv-02050-LKK-KJM
                                       )
12 |            Plaintiff,             )   **ORDER REGARDING CLERK'S**
                                       )   **ISSUANCE OF WARRANT FOR**
13 |       v.                          )   **ARREST OF ARTICLES *IN REM***
                                       )
14 | 2001 FORD EXCURSION,              )
     VIN: 1FMSU41F11EB17545,           )
15 | CALIFORNIA LICENSE NUMBER:        )
     4TIU844,                          )
16 |                                   )
     2002 HAULMARK TRAILER,            )
17 | VIN: 16HPB16202A006280,           )
     CALIFORNIA LICENSE NUMBER:        )
18 | 4FF3593, and                      )
                                       )
19 | APPROXIMATELY $6,000.00 IN U.S.   )
     CURRENCY,                         )
20 |                                   )
              Defendants.              )
21 | _____)

22 |     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

23 | filed on September 28, 2007, in the United States District Court

24 | for the Eastern District of California, alleging that the

25 | defendant 2001 Ford Excursion, VIN: 1FMSU41F11EB17545, California

26 | License Number: 4TIU844, the defendant 2002 Haulmark Trailer,

27 | VIN: 16HPB16202A006280, California License Number: 4FF3593, and

28 | the defendant approximately $6,000.00 in U.S. Currency (hereafter

                                    1

1   collectively referred to as "defendant assets") are subject to
2   forfeiture to the United States pursuant to 21 U.S.C. §§
3   881(a)(4) and 881(a)(6) for one or more violations of 21 U.S.C. §
4   841 *et seq.*;

5       And, the Court being satisfied that, based on the Verified
6   Complaint for Forfeiture *In Rem* and the affidavit of Drug
7   Enforcement Administration Special Agent Sharon A. Jones, there
8   is probable cause to believe that the defendant assets so
9   described constitute properties that are subject to forfeiture
10  for such violation(s), and that grounds for issuance of a Warrant
11  for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
12  of the Supplemental Rules for Admiralty or Maritime Claims and
13  Asset Forfeiture Actions;

14      IT IS HEREBY ORDERED that the Clerk for the United States
15  District Court, Eastern District of California, shall issue a
16  Warrant for Arrest of Articles *In Rem* for the defendant assets.

17  Dated: 10/2/07

19                                  KIMBERLY J. MUELLER
                                    United States Magistrate Judge

                                    2