```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:07-2050 LKK/KJM
                                     )
12          Plaintiff,               ) STIPULATION FOR DISMISSAL
                                     ) WITH PREJUDICE AND ORDER;
13      v.                           ) CERTIFICATE OF
                                     ) REASONABLE CAUSE
14  2001 FORD EXCURSION,             )
    VIN: 1FMSU41F11EB17545,          )
15  CALIFORNIA LICENSE NUMBER:       )
    4TIU844,                         )
16                                   ) DATE: N/A
    2002 HAULMARK TRAILER,           ) TIME: N/A
17  VIN: 16HPB16202A006280,          ) COURTROOM: N/A
    CALIFORNIA LICENSE NUMBER:       )
18  4FF3593, and                     )
                                     )
19  APPROXIMATELY $6,000.00 IN U.S.  )
    CURRENCY,                        )
20                                   )
            Defendants.               )
21  _____)
```

    Plaintiff United States of America, and claimants Kurt and Monica Karst, appearing through undersigned counsel, hereby agree and stipulate as follows:

    1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.  The parties are to bear their own costs and attorney

fees.

3. There was reasonable cause for the seizure of the defendant property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: January 19, 2010  BENJAMIN B. WAGNER
United States Attorney

By  /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: 1-19-2010  /s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for claimants
Kurt and Monica Karst

(Signature retained by attorney)

IT IS SO ORDERED.

Dated: January 22, 2010.

//

//

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | <u>CERTIFICATE OF REASONABLE CAUSE</u> |
| 2 | Based upon the allegations set forth in the Complaint for |
| 3 | Forfeiture *In Rem* filed September 28, 2007, and the Stipulation |
| 4 | for Dismissal With Prejudice filed herewith, the Court enters |
| 5 | this Certificate of Reasonable Cause pursuant to 28 U.S.C. § |
| 6 | 2465, that there was reasonable cause for the seizure of the |
| 7 | defendant property, and for the commencement and prosecution of |
| 8 | this forfeiture action. |
| 9 | Dated: January 22, 2010. |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT